RALPH FINELLA, PLAINTIFF-APPELLANT, v. FRANK C. OVERBURY, DEFENDANT-RESPONDENT.

Submitted October term, 1934—Decided January 29, 1935.

Before BROGAN, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the plaintiff-appellant, *Chandless, Weller & Selser* (*John E. Selser*).

For the defendant-respondent, *Vander Burgh & Marcus.*

PER CURIAM.

The errors argued by the appellant relate to the charge of the court. The appellant, having argued a rule to show cause in the lower court without reservation of exceptions is precluded from an appeal upon alleged errors appearing in the charge of the court. Supreme Court rule 129. *Jones* v. *City Limit Cab Co.,* 112 *N. J. L.* 482; 171 *Atl. Rep.* 791.

The appeal is dismissed, with costs.